E-FILED 3/10/15

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DEBBIE KIM, *as an individual;*<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, *business entity unknown*; CAL WESTERN RECONVEYANCE, *business entity unknown*; and NILESH BHANKTA and JYOTIKA BHAKTA; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 2:15-cv-00240-PSG-SS<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS WELLS FARGO AND CAL WESTERN RECONVEYANCE<br><br>[*Assigned to the Hon. Philip S. Gutierrez*] |

1    On March 5, 2015, the Court entered an Order granting the Motion to

2  Dismiss Complaint, filed by defendants WELLS FARGO BANK, N.A., successor

3  by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB

4  and World Savings Bank, FSB ("Wells Fargo") (erroneously sued as "Wells Fargo

5  Bank, business entity unknown") and Cal-Western Reconveyance LLC ("Cal-

6  Western"), dismissing the Complaint, in its entirety, with prejudice as to

7  defendants Wells Fargo and Cal-Western.

8    Accordingly:

9    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

10   1.    The Complaint is dismissed, as to Wells Fargo Bank, N.A. and Cal-

11  Western Reconveyance LLC, and all causes of action, with prejudice;

12   2.    Judgment is entered in favor of defendants WELLS FARGO BANK,

13  N.A., and Cal-Western Reconveyance LLC; and;

14   3.    Plaintiff, Debbie Kim shall recover nothing in this action from

15  defendants WELLS FARGO BANK, N.A. and Cal-Western Reconveyance LLC.

16

17

18  DATED:  _3/10/15_____    # PHILIP S. GUTIERREZ

19                                        HON. PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS WELLS FARGO AND CAL WESTERN RECONVEYANCE**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System**

| *Plaintiff Pro Se:* | *Counsel for Defendant,*<br>*Cal-Western Reconveyance, LLC* |
|---|---|
| | *[Courtesy Copy]* |
| Debbie Kim<br>16008 Sugarpine Lane<br>Cerritos, California 90703 | Melissa N. Armstrong, Esq.<br>BUTLER & HOSCH, P.A.<br>525 E, Main Street<br>El Cajon, California 92020 |
| | Email:<br>Melissa.armstrong@butlerandbosch.com<br>T: (619) 569-1114 │ F: (407) 381-5577 |

☒   **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on March 6, 2015.

| Lina Velasquez | /s/ Lina Velasquez |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/BR1505/01095417-1

CASE NO.: 2:15-CV-00240-PSG (SS)
CERTIFICATE OF SERVICE